# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Stephen John Amos,

\* From the 27th District
Court of Bell County,
Trial Court No. 69222.

Vs. No. 11-12-00195-CR

\* January 31, 2013

State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.